# MEMORANDUM DECISIONS

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Doris BOGARD v. STATE.
### No. 18050.

Court of Criminal Appeals of Texas.
March 31, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; penalty assessed at confinement in the penitentiary for four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## James A. EWING v. STATE (two cases).
### Nos. 18994, 18995.

Court of Criminal Appeals of Texas.
March 24, 1937.

H. R. Bishop, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Appellant was convicted of the offense of robbery, and his punishment was assessed at confinement in the state penitentiary for a term of 20 years.

## Doris BOGARD v. STATE.
### No. 18049.

Court of Criminal Appeals of Texas.
March 31, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.